IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris, Mattie P

Printed: 10/18/05

Case Number: 05 B 32543
Judge: Goldgar, A. Benjamin
Filed: 8/17/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 11, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,580.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 3,580.00 |
| Totals: | 3,580.00 | 3,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HomeComings Financial Network | Secured |  | No Claim Filed |
| 2. | HomeComings Financial Network | Secured |  | No Claim Filed |
| 3. | Triad Financial Services | Secured |  | No Claim Filed |
| 4. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 5. | Bay Area Credit Services | Unsecured |  | No Claim Filed |
| 6. | Citi Cards | Unsecured |  | No Claim Filed |
| 7. | Durango Credit & Collection | Unsecured |  | No Claim Filed |
| 8. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 9. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 10. | Triad Financial Services | Unsecured |  | No Claim Filed |
| 11. | First National Bank of Omaha | Unsecured |  | No Claim Filed |
| 12. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris, Mattie P

Printed:  10/18/05

Case Number:  05 B 32543
Judge:  Goldgar, A. Benjamin
Filed:  8/17/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_