IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, John W | Case Number:  05 B 32543 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  8/5/08 | Filed:  8/17/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  July 31, 2008
Confirmed:  October 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 61,103.40 | |
| Secured: | | 39,510.27 |
| Unsecured: | | 15,993.93 |
| Priority: | | 0.00 |
| Administrative: | | 2,300.00 |
| Trustee Fee: | | 3,299.20 |
| Other Funds: | | 0.00 |
| Totals: | 61,103.40 | 61,103.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,300.00 | 2,300.00 |
| 2. | HomeComings Financial Network | Secured | 22,426.60 | 22,426.60 |
| 3. | HomeComings Financial Network | Secured | 5,413.61 | 5,413.61 |
| 4. | Triad Financial Services | Secured | 11,670.06 | 11,670.06 |
| 5. | First Consumers National Bank | Unsecured | 2,960.72 | 2,960.72 |
| 6. | Arrow Financial Services | Unsecured | 412.71 | 412.71 |
| 7. | Portfolio Recovery Associates | Unsecured | 8,226.32 | 8,226.32 |
| 8. | Triad Financial Services | Unsecured | 3,574.43 | 3,574.43 |
| 9. | Portfolio Recovery Associates | Unsecured | 571.75 | 571.75 |
| 10. | RoundUp Funding LLC | Unsecured | 248.00 | 248.00 |
| 11. | Asset Acceptance | Unsecured | 1,627.79 | 0.00 |
| 12. | Bay Area Credit Services | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Citi Cards | Unsecured | | No Claim Filed |
| 15. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 16. | Durango Credit & Collection | Unsecured | | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | | $ 59,431.99 | $ 57,804.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 919.60 |
| 5% | 268.22 |
| 4.8% | 531.64 |
| 5.4% | 1,161.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris, John W

Printed: 8/5/08

Case Number: 05 B 32543
Judge: Goldgar, A. Benjamin
Filed: 8/17/05

        6.5%          418.19
                  _____
                  $ 3,299.20

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

            Marilyn O. Marshall, Trustee, by:

           _____